IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID POOLE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.   14-cv-0442-MJR-SCW |
| | ) |
| **JARED BROOKS,** | ) |
| **LAWRENCE CASCIO,** | ) |
| **JOHN JOHNSON,** | ) |
| **ALVIN,** | ) |
| **JESSIE,** | ) |
| **MEEKS,** | ) |
| **JOE,** | ) |
| **JIM,** | ) |
| **DAN,** | ) |
| **KENNY,** | ) |
| **UNKNOWN STA,** | ) |
| **BRUCE,** | ) |
| **HUMAN SERVICES,** | ) |
| **STEPHEN HARDY,** | ) |
| **CHRISTOPHER ROBERTS,** | ) |
| **TRAVIS NOTTMIAR,** | ) |
| **DICK WAGGNER,** | ) |
| **MR. KELKHOFF,** | ) |
| **DON BERRY,** | ) |
| **DON POWER,** | ) |
| **MR. COWAN, and** | ) |
| **RUCKETT CAGOO,** | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

**REAGAN, District Judge:**

Review of the docket sheet reveals that Plaintiff (who is represented by counsel) failed to serve process or provide additional information so that process could be served

1

upon the following 17 Defendants herein: JOHN JOHNSON, ALVIN, JESSIE, MEEKS, JOE, JIM, DAN, KENNY, UNKNOWN STA, BRUCE, STEPHEN HARDY, HUMAN SERVICES, DICK WAGGNER, KELKHOFF, DON POWER, MR. COWAN, and ROBERT CAHOO. Additionally, Plaintiff failed to take any action (request entry of default under Federal Rule of Civil Procedure 55(a)) as to 1 Defendant, DON BERRY, who was served (see Doc. 154) but failed to move, answer, or otherwise respond to the complaint. In a July 21, 2016 Notice of Impending Dismissal (Doc. 159), Plaintiff was notified that if he failed to take action within 21 days to effect service on the unserved Defendants listed above and move for clerk's entry of default as to served Defendants who had not appeared (Berry), those Defendants would be dismissed for want of prosecution.

The 21-day deadline elapsed and Plaintiff neither took action as to these Defendants nor requested additional time to do so. Pursuant to Federal Rule of Civil Procedure 41(b), **all claims against the following 18 Defendants are dismissed** without prejudice based on Plaintiff's failure to prosecute: **JOHN JOHNSON, ALVIN, JESSIE, MEEKS, JOE, JIM, DAN, KENNY, UNKNOWN STA, BRUCE, STEPHEN HARDY, HUMAN SERVICES, DICK WAGGNER, KELKHOFF, DON BERRY, DON POWER, MR. COWAN,** and **RUCKETT CAGOO.**

Following entry of this Order, Defendants remaining herein are (1) Jared Brooks, (2) Lawrence Cascio, (3) Christopher Roberts, and (4) Travis Nottmiar. The case remains set for jury trial before the undersigned District Judge on **October 3, 2016**.

IT IS SO ORDERED.

DATED August 18, 2016.

                                                  s/*Michael J. Reagan*
                                                MICHAEL J. REAGAN
                                                United States District Judge